# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **KATRINA GASKINS,** | ) )  ) Case No.: ) |
| Plaintiff. | ) 1:21-cv-10464-NMG ) |
| v. | ) ) |
| **NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING,** | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: June 23, 2021            By: */s/ Craig Thor Kimmel*
                                Craig Thor Kimmel, Esquire
                                Kimmel & Silverman, P.C.
                                30 E. Butler Pike
                                Ambler, PA 19002
                                Phone: (215) 540-8888
                                Fax: (877) 788-2864
                                Email: teamkimmel@creditlaw.com

# **CERTIFICATE OF SERVICE**

I, Craig Thor Kimmel, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

**Joshua Cohn**
Holland & Knight (B)
10 St. James Avenue
11th Flr.
Boston, MA 02116
617-523-2700
Email: joshua.cohn@hklaw.com
Attorney for Defendant


Dated: June 23, 2021              By: */s/ Craig Thor Kimmel*
                                  Craig Thor Kimmel, Esquire
                                  Kimmel & Silverman, P.C.
                                  30 E. Butler Pike
                                  Ambler, PA 19002
                                  Phone: (215) 540-8888
                                  Fax: (877) 788-2864
                                  Email: teamkimmel@creditlaw.com