UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>Katrina Gaskins</u>
   Plaintiff

     v.                                   Civil Action No. 21-cv-10464-NMG

<u>NewRez, LLC</u>
   Defendant

SETTLEMENT ORDER OF DISMISSAL

<u>Gorton, D.J.</u>

     The Court having been advised by counsel that this action has settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within Sixty (60) days to reopen the action if settlement is not consummated.

                                                  By the Court,

                                                  /S/ Leonardo T. Vieira

<u>6/24/2021</u>                                               _____
Date                                                  Leonardo T. Vieira
                                                        Docket Clerk